## OTTO SPECK, APPELLANT, *v.* JANETTE M. GURNEE, RESPONDENT.

*Contract by a married woman — whenever she buys on credit she benefits her separate estate to the extent of the purchase, and is liable for the price of the articles bought.*

APPEAL from a judgment of the County Court of Rockland county, reversing a judgment rendered in a justice's court in favor of the plaintiff.

The action was brought to recover the price of certain goods and merchandise, consisting principally of medicines and liquors, sold to the defendant by the plaintiff.

The court at General Term said : " The plaintiff plainly made out his cause of action against the defendant.   She was a married woman and was living with her husband on a farm.   Who owned the farm does not appear from the evidence.   There was a difficulty between the husband and wife about a previous bill of plaintiff's against them.   It was then agreed by defendant that she would buy and pay for whatever goods she ordered from the plaintiff.   The goods in question were subsequently ordered by defendant from plaintiff, and were furnished to her.   It appears she had a separate estate, a fact no longer of any relevancy in cases like this.   When a married woman gets property on credit she benefits her separate estate to the extent of the purchase.   If she before that had no estate she made one by the purchase."

*Geo. W. Weiant,* for the appellant.

*Wheeler & Brown,* for the respondent.

Opinion by BARNARD, P. J.; GILBERT and DYKMAN, JJ., concurred.

Judgment of County Court reversed, and judgment of justice affirmed, with costs.